**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Dean Hurles,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-00-0118-PHX-RCB<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pursuant to LR Civ. 83.3(b), John Hannah, lead counsel for Petitioner, moves to withdraw as counsel because of his appointment to serve as a Maricopa County Superior Court Judge. Counsel requests that Denise Young be substituted in his place as lead counsel for Petitioner.

Good cause appearing,

**IT IS HEREBY ORDERED** granting the motion of counsel, John Hannah, to withdraw as attorney for Petitioner. (Dkt. 62.) Within thirty days of the filing of this Order, all outstanding interim vouchers must be submitted for payment.

**IT IS FURTHER ORDERED** granting Petitioner's request for counsel and substituting Denise Young, 2930 N. Santa Rosa Pl., Tucson, AZ 85712-1240, (520) 322-5344, dyoung3@mindspring.com, as lead counsel for Petitioner. (Dkt. 62.) Lead Counsel Denise Young shall be compensated at the rate of $150.00 per hour for legal representation of Petitioner before this Court. Counsel shall not be compensated under the Criminal Justice

1 Act (CJA) for representation of Petitioner in state forums. This fee is established pursuant
2 to General Order No. 05-21 of this Court.

3     **IT IS FURTHER ORDERED** that within fifteen (15) days of this Order substitute
4 counsel Young shall submit to the Court *ex parte* and under seal a declaration outlining the
5 tasks counsel proposes to undertake to familiarize herself with the case, including an estimate
6 of the number of hours to be expended.

7     Dated this 24th day of October, 2005.

                                      Robert C. Broomfield
                                      Senior United States District Judge