**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Richard Dean Hurles,

    Petitioner,

vs.

Dora B. Schriro, et al.,

    Respondents.

No. CV-00-0118-PHX-RCB

DEATH PENALTY CASE

**ORDER**

Pending before the Court is Respondents' second motion for an extension of time to file their Merits Response.  Petitioner does not oppose Respondents' motion.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' unopposed motion for an extension of time.  (Dkt. 88.)  Respondents' Merits Response shall be filed by January 31, 2007.

**IT IS FURTHER ORDERED** that Petitioner may file a Merits Reply by March 6, 2007.

DATED this 18th day of January, 2007.

_____
Robert C. Broomfield
Senior United States District Judge