**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Dean Hurles,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-00-0118-PHX-RCB<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pending before the Court is Petitioner's motion for an extension of time to file his reply to Respondents' answering brief. (Dkt. 91.) Respondents do not oppose Petitioner's motion.

Accordingly,

**IT IS HEREBY ORDERED** granting Petitioner's unopposed motion for an extension of time. Petitioner's reply to Respondents' answering brief shall be filed by **March 29, 2007**.

Dated this 13th day of March, 2007.

_____
Robert C. Broomfield
Senior United States District Judge