**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Dean Hurles,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>　　　　Respondents. | No. CV-00-0118-PHX-RCB<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

　　　　Pending before the Court is Petitioner's second motion for an extension of time to file his reply to Respondents' answering brief. (Dkt. 93.) Respondents do not oppose Petitioner's motion.

　　　　Accordingly,

　　　　**IT IS HEREBY ORDERED** granting Petitioner's unopposed motion for an extension of time. Petitioner's reply to Respondents' answering brief shall be filed by **April 12, 2007**.

　　　　Dated this 29th day of March, 2007.

_____
Robert C. Broomfield
Senior United States District Judge