WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Dean Hurles, | No. CV-00-118-PHX-DLR |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

Before the Court is Petitioner's Motion for Reporter's Transcript of Hearing. (Doc. 196.) To obtain a transcript counsel must fill out and file an AO435 Transcript Request form and submit an AUTH-24 request on eVoucher.

Accordingly,

IT IS ORDERED denying as moot Petitioner's Motion for Reporter's Transcript of Hearing. (Doc. 196.)

Dated this 10th day of May, 2016.

Douglas L. Rayes
United States District Judge