**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Dean Hurles,<br><br>                      Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>                      Respondents. | No. CV-00-118-PHX-DLR<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER – AMENDED** |

This Order amends the Court's previous order (Doc. 216) to comply with the District of Arizona's General Order 21-01 regarding the presumptive rate for compensation of counsel appointed pursuant to 18 U.S.C. § 3599(a)(2) in capital habeas corpus cases as follows:

**IT IS ORDERED** Attorney Emily Skinner is appointed to represent Mr. Hurles as Lead Counsel at the current CJA maximum rate of $197/hour. Attorney Kirsty Davis is appointed to represent Mr. Hurles as Co-Counsel at the current CJA maximum rate of $177/hour. Future increases to the maximum rate for counsel adopted by the District of Arizona shall apply automatically.

Dated this 26th day of March, 2021.

Douglas L. Rayes
United States District Judge